[No. 7,430.—Department One.]

## M. F. THOMAS *v.* JOHN ANDERSON ET AL.

58    99
127   329

JURISDICTION OF SUPERIOR COURT.—In an action upon separate and distinct promises of several defendants, contained in one instrument, to pay respectively sums less than three hundred dollars. *Held*, that the Superior Court did not have jurisdiction.

ID.—JOINDER OF PARTIES.—Section 383, Code of Civil Procedure, permits persons, severally liable on the same obligation or instrument, to be joined as defendants in Superior or Justices' Courts, as the amount involved may give jurisdiction to the one or the other.

ID.—ID.—CASE DISTINGUISHED.—In *People* v. *Love*, 25 Cal. 520, each of the defendants, against whom judgment was rendered, was liable in a sum exceeding three hundred dollars.

APPEAL from a judgment for the defendant in the Superior Court of San Bernardino County.  ROLFE, J.

*J. D. Boyer*, for Appellant.

The District Court only had jurisdiction of this case. Plaintiff had a right to sue one or all or any intermediate number of the defendants (Code Civ. Proc. § 383), and elected to sue them all.  The test of jurisdiction was the whole amount involved in the action.  (Civ. Code, § 57, subd. 3; § 114, subd. 1; *People* v. *Love*, 25 Cal. 520.)

*J. W. Satterwhite, Byron Waters*, and *L. W. Talbot*, for Respondents.

McKINSTRY, J.:

The action is to recover upon the published notice and promises following:

" We, the undersigned, promise and agree to pay the sum set opposite our names for the arrest and conviction of any person who has within the past six months, maliciously, and with intent to commit arson, burned any building within the town of San Bernardino, or who may, in the future, with said intent, set fire to, attempt to burn, or

shall burn or cause to be burned, any building in the limits of said town:

> JOHN ANDERSON, $100.
> M. BYRNE, $100.
> JAMES W. WATERS, $100.
> CHRISTIAN KURTZ, $100.
> J. D. EVANS, $100.
> W. HURD, $50.
> H. CONNER, $50.
> J. C. PEACOCK, $50.
> WM. FARNSWORTH, $50.
> M. KATZ, $50.
> J. MEYERSTEIN, $25.
> H. L. DREW, $25.
> L. W. TALBOT, $25.
> U. U. TYLER, $25.
> JOHN W. SATTERWHITE, $20.
> LEGARE ALLEN, $10.
> ED. HALL, $10.
> W. J. CURTIS, $5.
> WM. HAWLEY, $5."

The promises of the several defendants are separate and distinct. No one of the defendants promised to pay more than one hundred dollars. Neither the District nor Superior Court had jurisdiction.

Section 383 of the Code of Civil Procedure does not authorize this action, but only permits persons severally liable upon "the same obligation or instrument, including the parties to bills of exchange and from notes," to be joined, all or any of them, as defendants, in the Superior or Justice's Court, as the amount involved may give jurisdiction to the one or the other of these courts. In *People* v. *Love*, 25 Cal. 520, each of the defendants against whom the judgment was rendered was "liable" in a sum exceeding three hundred dollars.

Judgment affirmed.

McKEE, J., and ROSS, J., concurred.